# EXHIBIT D

# U.S. Patent No. 9,505,343 v. FCA US LLC

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A control system for a vehicle, the control system comprising: | FCA US LLC made, used, imported, sold, and/or offered to sell a control system for a vehicle.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, FCA US LLC manufactured, imported, distributed, marketed, and sold vehicles of several automotive brands, including but not limited to Jeep ("used herein as an exemplary infringing product"), Ram Trucks, Chrysler, FIAT, and Alfa Romeo.<br><br>Jeep provides Intelligent Driving, which includes the Hands-Free Active Driving Assist (ADA) system, in its vehicle models[1] The Hands-Free Active Driving Assist system operates in conjunction with the Adaptive Cruise Control (ACC) system. If ACC is active before enabling Hands-Free Active Driving Assist, the system retains the previously configured speed and following-distance settings. If ACC is not already active, it is automatically enabled when Hands-Free Active Driving Assist is activated. To activate the Hands-Free Active Driving Assist system, the driver presses and releases the SET+ or SET− button once the desired vehicle speed is reached and adjusts the ACC following-distance setting as necessary. When all required operating conditions are satisfied, the Hands-Free Active Driving Assist system becomes active, and the steering wheel icon displayed in the instrument cluster changes from white to green, indicating that the system has assumed control of steering and vehicle-speed functions.<br><br>The Hands-Free Active Driving Assist system further consists of Assisted Lane Change functionality, such that, once the Hands-Free Active Driving Assist system is activated, it continuously monitors the vehicle's surroundings to check vehicles in the adjacent lane and blind spots using integrated sensors and cameras. When the driver indicates an intention to change lanes by tapping or latching the turn-signal lever upwards or downwards in the desired direction, Assisted Lane Change is activated. Subsequently, it determines that the necessary traffic and roadway conditions are satisfied, and automatically executes the lane-change maneuver ("a control system for a vehicle") in the indicated direction on behalf of the driver. |

[1] FCA US LLC provides Hands-Free Active Driving Assist to various vehicle models, including but not limited to Jeep Cherokee, Jeep Recon, Jeep Grand Cherokee, Jeep Wagoneer S, and Jeep Grand Wagoneer.




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04




Source: https://www.ramtrucks.com/active-driving-assist.html?msockid=1811e53caeb760770926f3fcaf6861f2



# Understanding the New Alfa Romeo's Hands-Free Driving Technology at The Collection Alfa Romeo

**Wednesday, 15 November, 2023** | THE COLLECTION Alfa Romeo

Alfa Romeo is one of those automotive brands that consistently live up to their legendary reputations in Miami. This Italian automaker created the concept of luxury performance in 1929 with the 6C 1750 Gran Turismo. Since the mid-1990s, Alfa Romeo has only focused on luxury performance, and it keeps getting better at it by incorporating advanced technology, such as adaptive cruise control, which is part of the Driver's Convenience and Active Assistant Plus packages of smart safety features.

REQUEST MORE INFO

Search Blog

SEARCH

By submitting your contact information, you consent to be contacted by telephone about purchasing a vehicle or obtaining vehicle financing. Clicking on the Submit button above is your electronic signature.

Subscribe to Our Blog

RSS 2.0

Source: https://www.thecollectionalfaromeomiami.com/blog/2023/november/15/understanding-the-new-alfa-romeos-hands-free-driving-technology-at-the-collection-alfa-romeo.htm

## Which vehicles offer Hands-Free Active Driving Assist?

Currently, the Hands-Free Active Driving Assist system is an option on the two-row 2024 Jeep Grand Cherokee and three-row Grand Cherokee L in Overland, Summit, and Summit Reserve trims. Buyers will need to opt for the 3.6-liter V-6 as the system can't be optioned with the 4xe plug-in hybrid or V-8.

Source: https://www.motorauthority.com/news/1142310_stellantis-hands-free-active-driving-assist-system-launched




Source: https://www.jeep.com/active-driving-assist.html

# Which Jeep® Brand Vehicle's Intelligent Driving Systems Will You Use?

Pick a vehicle equipped with the Active Driving Assist System and enjoy the ride!



All Electric

**Jeep® Recon**

The All-new, All-electric Jeep® Brand vehicle. Preproduction model shown. Actual production model may vary.

Explore Recon >



Turbo Hybrid

**All-New 2026 Jeep® Cherokee**

Our iconic SUV returns with a cutting-edge hybrid powertrain.

Explore Cherokee >



**Jeep® Grand Cherokee**

A family SUV equipped with ample safety and security technology.

Explore Grand Cherokee >



All Electric

**Jeep® Wagoneer S**

An all-electric SUV designed to push boundaries and defy expectations.

Explore Wagoneer S >



**Jeep® Grand Wagoneer**

A family-first SUV engineered to turn everyday moments into extraordinary experiences.

Explore Grand Wagoneer >

Source: https://www.jeep.com/jeep-101/about-active-driving-assist.html

| | |
|---|---|
| | # HOW IT WORKS<br><br>Sensors and cameras work to analyze the road and the vehicles around you. This available technology automatically adjusts your vehicle's response, helping to keep you safe, secure and where you need to be. It can even assist you with changing lanes.<br><br>Source: https://www.jeep.com/active-driving-assist.html<br><br># WHERE YOU CAN GO<br><br>There are over 200,000 miles of compatible roads available that work with the Hands-Free Driving Assist System[3], and we're adding more every day.<br><br>When it comes to the available Active Driving Assist System[1], sensors and cameras will determine which roads are appropriately marked for the technology as you drive.<br><br>Source: https://www.jeep.com/active-driving-assist.html |

## ASSISTED LANE CHANGE AND LANE SCANNING

The Assisted Lane Change System [6] that comes with available Hands-Free Active Driving Assist [7] can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.

control system for a vehicle

Source: https://www.jeep.com/active-driving-assist.html (annotated)

HOW DO I TURN ON ACTIVE DRIVING ASSIST [2] ?

If Adaptive Cruise Control is already active and controlling the speed of the vehicle, simply press the Active Driving Assist On/Off button on the right side of the steering wheel to activate the available Active Driving Assist System. If Adaptive Cruise Control is not already active, press the Active Driving Assist On/Off button on the right side of the steering wheel to turn on the system, and then press either of the corresponding Set + or Set - buttons to activate the system.

Source: https://www.jeep.com/active-driving-assist.html

HOW DO ACTIVE DRIVING ASSIST SYSTEMS WORK?

While working in tandem with Adaptive Cruise Control[9] to help keep you at your set speed, radar sensors and a forward-facing camera help available Active Driving Assist[9] maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change[5] feature with the available Hands-Free Active Driving Assist System[3], Blind Spot Monitoring[10] sensors help check for vehicles in adjacent lanes.

Source: https://www.jeep.com/active-driving-assist.html




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04

<table>
<tr><td></td><td>

Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:23<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC.</td></tr>
<tr><td>[1.1] an automatic control for controlling an operation of the vehicle; and</td><td>FCA US LLC provided the control system comprising, an automatic control for controlling an operation of the vehicle.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while the Hands-Free Active Driving Assist system is activated, when the driver taps or latches the turn signal lever upwards or downwards in the intended direction to indicate an intent to initiate a lane change maneuver ("an operation of the vehicle"), the Assisted Lane Change system monitors the vehicle's surrounding conditions to check vehicles in the adjacent lane and blind spots using integrated vehicle's sensors and cameras. Upon determining the suitable conditions, the Assisted Lane Change system automatically performs the assisted lane change ("an automatic control") in the desired direction.</td></tr>
</table>

| | |
|---|---|
| | **ASSISTED LANE CHANGE AND LANE SCANNING**<br><br>The Assisted Lane Change System (6) that comes with available Hands-Free Active Driving Assist (7) can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.<br><br>an operation of the vehicle<br><br>Source: https://www.jeep.com/active-driving-assist.html (annotated) |




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04



| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:23 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |
| [1.2]<br>a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | FCA US LLC provided the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, FCA US LLC vehicles equipped with the Hands-Free Active Driving Assist (ADA) system included a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, with a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to tap the turn signal lever upward or downward to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>Further, when the driver selectively taps or latches the turn signal lever upwards or downwards to actuate the Assisted Lane Change functionality ("the lever is selectively operable to turn the automatic control from an off state to an on state"), the system evaluates surrounding roadway and traffic conditions using integrated sensors and cameras. Upon determining that the conditions are appropriate, the Assisted Lane Change system automatically performs the assisted lane change maneuver in the direction intended by the driver. |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:24 (annotated) |

| | |
|---|---|
| | **ASSISTED LANE CHANGE AND LANE SCANNING**<br><br>The Assisted Lane Change System 6 that comes with available Hands-Free Active Driving Assist 7 can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.<br><br>lever is selectively operable to turn the automatic control from an off state to an on state<br><br>Source: https://www.jeep.com/active-driving-assist.html (annotated) |

<table>
<tr>
<td></td>
<td>


Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04 (annotated)<br><br>
Further, to the extent this element is performed at least in part by Defendant’s software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC.
</td>
</tr>
<tr>
<td>[1.3] wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle; and wherein when the automatic</td>
<td>FCA US LLC provided the control system, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.<br><br>
This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>
For example, when the driver activates the Assisted Lane Change functionality (“when the automatic control is in the on state”) by tapping or latching the turn signal lever, the Assisted Lane Change system automatically performs the assisted lane change maneuver (“the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle”) on behalf of the driver when the system detects appropriate traffic and road conditions.<br><br>
Further, while the Assisted Lane Change system executes the assisted lane change maneuver, the driver may override or cancel the Assisted Lane Change functionality’s automatic control by moving the turn signal in the opposite direction or unlatching the turn signal lever (“when the automatic control is in the off state”). After the Assisted Lane Change</td>
</tr>
</table>

| | |
|---|---|
| control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle. | functionality is cancelled, the driver manually controls the steering wheel and performs lane change operations ("manual control is required for the operation of the vehicle").<br><br><br>ASSISTED LANE CHANGE AND LANE SCANNING<br>The Assisted Lane Change System 6 that comes with available Hands-Free Active Driving Assist 7 can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.<br><br>when the automatic control is in the on state<br><br>Source: https://www.jeep.com/active-driving-assist.html (annotated) |




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04 (annotated)



| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:23 (annotated)<br><br><br>Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:28 (annotated) |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:30 (annotated) |




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 3:14 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC.

## 2. List of References

1. https://www.youtube.com/watch?v=gWygmQ1Ercc, last accessed on 23rd June 2026.
2. https://www.jeep.com/active-driving-assist.html, last accessed on 23rd June 2026.
3. https://www.jeep.com/jeep-101/about-active-driving-assist.html, last accessed on 23rd June 2026.