# EXHIBIT E

# U.S. Patent No. 10,046,696 v. FCA US LLC

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] An apparatus for use in a car, comprising: | FCA US LLC made, used, imported, sold, and/or offered to sell an apparatus for use in a car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, FCA US LLC manufactured, imported, distributed, marketed, and sold vehicles of several automotive brands, including but not limited to Jeep ("used herein as an exemplary infringing product"), Ram Trucks, Chrysler, FIAT, and Alfa Romeo.<br><br>Jeep provides Intelligent Driving, which includes the Hands-Free Active Driving Assist (ADA) system, in its vehicle models[1] The Hands-Free Active Driving Assist system operates in conjunction with the Adaptive Cruise Control (ACC) system. If ACC is active before enabling Hands-Free Active Driving Assist, the system retains the previously configured speed and following-distance settings. If ACC is not already active, it is automatically enabled when Hands-Free Active Driving Assist is activated. To activate the Hands-Free Active Driving Assist system, the driver presses and releases the SET+ or SET− button once the desired vehicle speed is reached and adjusts the ACC following-distance setting as necessary. When all required operating conditions are satisfied, the Hands-Free Active Driving Assist system becomes active, and the steering wheel icon displayed in the instrument cluster changes from white to green, indicating that the system has assumed control of steering and vehicle-speed functions.<br><br>The Hands-free Active Driving Assist system (hereinafter referred to as the "system") further includes a functionality called Assisted Lane Change (hereinafter referred to as "ALC"). While the system is enabled, initiating the turn signal lever in a desired direction activates ALC, which utilizes sensors, including Blind Spot Monitoring sensors, to check for vehicles in the adjacent lane and the vehicle's blind spots. If the adjacent lane is clear, the ALC initiates the lane change and maneuvers the vehicle into the neighboring lane. Therefore, the ALC system, operating in coordination with |

[1] FCA US LLC provides Hands-Free Active Driving Assist to various vehicle models, including but not limited to Jeep Cherokee, Jeep Recon, Jeep Grand Cherokee, Jeep Wagoneer S, and Jeep Grand Wagoneer.

processing equipment, cameras, and sensors, functions as an integrated apparatus for controlling the vehicle operations, such as lane change maneuvers ("for use in a car").

Here are the driving features that combine to form Hands-Free Active Driving Assist.

**Active Driving Assist** 4 – The backbone of this system. All of the features of the Active Driving Assist System are at play here.

**Curve Speed Control** – This system senses approaching curves and can decrease your vehicle's speed to an appropriate level for taking them. Once you're out of a curve, the system resumes your preselected speed.

**Assisted Lane Change** – When you activate your turn signal, this system checks for vehicles in the adjacent lane and blind spots. If it senses that your area is clear, Assisted Lane Change moves your vehicle into the neighboring lane with a smooth, natural feel.

**Lane Scanning** – If you pass a large vehicle—say, an 18-wheeler or a trailer—the system can help move your vehicle to be a safe distance away from it. If a large vehicle passes you, though, the Lane Scanning System just keeps you centered in your lane.

Source: https://www.jeep.com/jeep-101/about-active-driving-assist.html




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04




Source: https://www.ramtrucks.com/active-driving-assist.html?msockid=1811e53caeb760770926f3fcaf6861f2

# Understanding the New Alfa Romeo's Hands-Free Driving Technology at The Collection Alfa Romeo

**Wednesday, 15 November, 2023** | THE COLLECTION Alfa Romeo

Alfa Romeo is one of those automotive brands that consistently live up to their legendary reputations in Miami. This Italian automaker created the concept of luxury performance in 1929 with the 6C 1750 Gran Turismo. Since the mid-1990s, Alfa Romeo has only focused on luxury performance, and it keeps getting better at it by incorporating advanced technology, such as adaptive cruise control, which is part of the Driver's Convenience and Active Assistant Plus packages of smart safety features.



REQUEST MORE INFO

Search Blog

SEARCH

By submitting your contact information, you consent to be contacted by telephone about purchasing a vehicle or obtaining vehicle financing. Clicking on the Submit button above is your electronic signature.

Subscribe to Our Blog

RSS 2.0

Source: https://www.thecollectionalfaromeomiami.com/blog/2023/november/15/understanding-the-new-alfa-romeos-hands-free-driving-technology-at-the-collection-alfa-romeo.htm

## Which vehicles offer Hands-Free Active Driving Assist?

Currently, the Hands-Free Active Driving Assist system is an option on the two-row 2024 Jeep Grand Cherokee and three-row Grand Cherokee L in Overland, Summit, and Summit Reserve trims. Buyers will need to opt for the 3.6-liter V-6 as the system can't be optioned with the 4xe plug-in hybrid or V-8.

| | |
|---|---|
| | Source: https://www.motorauthority.com/news/1142310_stellantis-hands-free-active-driving-assist-system-launched<br><br>Source: https://www.jeep.com/active-driving-assist.html |

# Which Jeep® Brand Vehicle's Intelligent Driving Systems Will You Use?

Pick a vehicle equipped with the Active Driving Assist System and enjoy the ride!



All Electric

**Jeep® Recon**

The All-new, All-electric Jeep® Brand vehicle. Preproduction model shown. Actual production model may vary.

Explore Recon ›



Turbo Hybrid

**All-New 2026 Jeep® Cherokee**

Our iconic SUV returns with a cutting-edge hybrid powertrain.

Explore Cherokee ›



**Jeep® Grand Cherokee**

A family SUV equipped with ample safety and security technology.

Explore Grand Cherokee ›



All Electric

**Jeep® Wagoneer S**

An all-electric SUV designed to push boundaries and defy expectations.

Explore Wagoneer S ›



**Jeep® Grand Wagoneer**

A family-first SUV engineered to turn everyday moments into extraordinary experiences.

Explore Grand Wagoneer ›

Source: https://www.jeep.com/jeep-101/about-active-driving-assist.html

| | |
|---|---|
| | <br>**Active Driving Assist On/Off Button**<br>Source: https://www.jeep.com/content/dam/fca-brands/na/jeep/en_us/pdf/brochure/122531_22_00_ADAS_TC_EN_USC-Features-Guide_061423.pdf , Page 4 |

# HOW IT WORKS

Sensors and cameras work to analyze the road and the vehicles around you. This available technology automatically adjusts your vehicle's response, helping to keep you safe, secure and where you need to be. It can even assist you with changing lanes.

Source: https://www.jeep.com/active-driving-assist.html

# WHERE YOU CAN GO

There are over 200,000 miles of compatible roads available that work with the Hands-Free Driving Assist System[3], and we're adding more every day.

When it comes to the available Active Driving Assist System[1], sensors and cameras will determine which roads are appropriately marked for the technology as you drive.

Source: https://www.jeep.com/active-driving-assist.html

## ASSISTED LANE CHANGE AND LANE SCANNING

The Assisted Lane Change System[6] that comes with available Hands-Free Active Driving Assist[7] can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.

Source: https://www.jeep.com/active-driving-assist.html

Hands-Free ADA will also change lanes when a turn signal is activated if the lane in the direction indicated is valid and clear (noted by a dashed line in the Driver Assist Menu in the direction of the available lane change). The system uses sensors, including Blind Spot Monitoring (BSM) sensors, to determine if a lane change is possible. If the assisted lane change is in progress, a green indication will appear. The Assisted Lane Change may abort or be prevented for multiple reasons, resulting in yellow and red indications. Refer to Owner's Manual for more information.

Source: https://www.jeep.com/content/dam/fca-brands/na/jeep/en_us/pdf/brochure/122531_22_00_ADAS_TC_EN_USC-Features-Guide_061423.pdf , Page 3




Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:04

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=gWygmQ1Ercc, at 2:23<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |
| [1.1] an input configured to receive data from a sensor | FCA US LLC provided an apparatus for use in a car, comprising an input configured to receive data from a sensor.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the ALC activates, the system's processing equipment receives data ("input configured to receive data from a sensor") from integrated radar sensors, Blind Spot Monitoring sensors, and a forward-facing camera to continuously monitor the vehicle's position, scan adjacent lanes, and check for surrounding traffic. |

Hands-Free ADA will also change lanes when a turn signal is activated if the lane in the direction indicated is valid and clear (noted by a dashed line in the Driver Assist Menu in the direction of the available lane change). The system uses sensors, including Blind Spot Monitoring (BSM) sensors, to determine if a lane change is possible. If the assisted lane change is in progress, a green indication will appear. The Assisted Lane Change may abort or be prevented for multiple reasons, resulting in yellow and red indications. Refer to Owner's Manual for more information.

Source: https://www.jeep.com/content/dam/fca-brands/na/jeep/en_us/pdf/brochure/122531_22_00_ADAS_TC_EN_USC-Features-Guide_061423.pdf , Page 3



Source: https://www.jeep.com/active-driving-assist.html

## What hardware does Hands-Free Active Driving Assist use?

Stellantis hasn't outlined what hardware the system uses, but it's clear it utilizes the vehicle's radar system (unknown if it's short- or long-range), forward-facing camera, and blind-spot monitors.

Source: https://www.motorauthority.com/news/1142310_stellantis-hands-free-active-driving-assist-system-launched

Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product.

## ASSISTED LANE CHANGE AND LANE SCANNING

The Assisted Lane Change System[6] that comes with available Hands-Free Active Driving Assist[7] can help you change lanes while safely and securely monitoring other vehicles in your vicinity. When you activate the turn signal in the desired direction, the system checks for vehicles in the adjacent lane and in your blind spots. If the system senses that the area is clear, you'll move into the neighboring lane with a natural driving feel.

| | |
|---|---|
| | Source: https://www.jeep.com/active-driving-assist.html<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |
| [1.2] a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car; and | FCA US LLC provided an apparatus for use in a car, comprising a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the system uses processing equipment that receives information about the vehicle and its surroundings from integrated sensors and cameras. The system's functionalities, including ALC, utilize a combination of radar sensors, a forward-facing camera, and computer algorithms to continuously monitor surrounding traffic conditions, detect nearby vehicles, analyze road lane markings, and determine the correct adjustments to keep the vehicle positioned in its lane or maneuver it into an adjacent lane. Since ALC utilizes processing technology as its core, it would be apparent to a person having ordinary skill in the art that it uses a processing network within the processor to perform a statistical analysis on sensor data for determining control parameters associated with vehicle steering, braking, lane change assistance, and speed control operations. |

| | |
|---|---|
| | Here are the driving features that combine to form Hands-Free Active Driving Assist.<br><br>**Active Driving Assist**[4] – The backbone of this system. All of the features of the Active Driving Assist System are at play here.<br><br>**Curve Speed Control** – This system senses approaching curves and can decrease your vehicle's speed to an appropriate level for taking them. Once you're out of a curve, the system resumes your preselected speed.<br><br>**Assisted Lane Change** – When you activate your turn signal, this system checks for vehicles in the adjacent lane and blind spots. If it senses that your area is clear, Assisted Lane Change moves your vehicle into the neighboring lane with a smooth, natural feel.<br><br>**Lane Scanning** – If you pass a large vehicle—say, an 18-wheeler or a trailer—the system can help move your vehicle to be a safe distance away from it. If a large vehicle passes you, though, the Lane Scanning System just keeps you centered in your lane.<br><br>Source: https://www.jeep.com/jeep-101/about-active-driving-assist.html |

Hands-Free ADA will also change lanes when a turn signal is activated if the lane in the direction indicated is valid and clear (noted by a dashed line in the Driver Assist Menu in the direction of the available lane change). The system uses sensors, including Blind Spot Monitoring (BSM) sensors, to determine if a lane change is possible. If the assisted lane change is in progress, a green indication will appear. The Assisted Lane Change may abort or be prevented for multiple reasons, resulting in yellow and red indications. Refer to Owner's Manual for more information.

Source: https://www.jeep.com/content/dam/fca-brands/na/jeep/en_us/pdf/brochure/122531_22_00_ADAS_TC_EN_USC-Features-Guide_061423.pdf , Page 3



| | |
|---|---|
| | Source: https://www.jeep.com/active-driving-assist.html<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |
| [1.3] an output for providing the control parameter for controlling the function of the car; | FCA US LLC provided an apparatus for use in a car comprising an output for providing the control parameter for controlling the function of the car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the ALC system is engaged by activating the turn signal, it utilizes sensors, including Blind Spot Monitoring sensors, to check for vehicles in the adjacent lane and in the vehicle's blind spots. If the adjacent lane is clear, ALC initiates the lane change and maneuvers the vehicle ("an output for providing the control parameter") into the neighboring lane, therefore executing the lane change without the driver's intervention ("controlling the function of the car").<br><br> |

| | |
|---|---|
| | Source: https://www.jeep.com/active-driving-assist.html<br><br>Here are the driving features that combine to form Hands-Free Active Driving Assist.<br><br>**Active Driving Assist**[4] – The backbone of this system. All of the features of the Active Driving Assist System are at play here.<br><br>**Curve Speed Control** – This system senses approaching curves and can decrease your vehicle's speed to an appropriate level for taking them. Once you're out of a curve, the system resumes your preselected speed.<br><br>**Assisted Lane Change** – When you activate your turn signal, this system checks for vehicles in the adjacent lane and blind spots. If it senses that your area is clear, Assisted Lane Change moves your vehicle into the neighboring lane with a smooth, natural feel.<br><br>**Lane Scanning** – If you pass a large vehicle—say, an 18-wheeler or a trailer—the system can help move your vehicle to be a safe distance away from it. If a large vehicle passes you, though, the Lane Scanning System just keeps you centered in your lane.<br><br>Source: https://www.jeep.com/jeep-101/about-active-driving-assist.html<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |
| [1.4] wherein the processor | FCA US LLC provided a processor wherein the processor has machine learning capability. |

| | |
|---|---|
| has machine learning capability | This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, FCA US LLC utilized advanced artificial intelligence (AI) technology to enhance the automated and autonomous driving capabilities of its vehicles. The system is equipped with advanced AI and machine learning algorithms ("wherein the processor has machine learning capability"), which enable the processing equipment to analyze driving data, recognize off-road and on-road environments, and dynamically assist with vehicle control.<br><br>Installed in two electrified Jeep Grand Cherokee 4xe models, this AI and autonomous off-road driving technology can enhance the experiences of seasoned off-roaders, as well of customers who are new to driving the trail. This technology will also help Jeep SUV owners in challenging everyday driving conditions. Jeep brand is at the forefront of developing automated off-road driving technology, alongside its growing leadership in off-road electrification with its expanding range of 4xe SUVs.<br><br>Source: https://blog.stellantisnorthamerica.com/2023/05/31/jeep-brand-provides-a-glimpse-of-its-advanced-ai-and-autonomous-off-road-driving-technology/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by FCA US LLC. |

## 2. List of References

1. https://www.jeep.com/content/dam/fca-brands/na/jeep/en_us/pdf/brochure/122531_22_00_ADAS_TC_EN_USC-Features-Guide_061423.pdf, last accessed on 22nd June 2026.
2. https://blog.stellantisnorthamerica.com/2023/05/31/jeep-brand-provides-a-glimpse-of-its-advanced-ai-and-autonomous-off-road-driving-technology/, last access on 22nd June 2026.
3. https://www.jeep.com/active-driving-assist.html, last access on 22nd June 2026.
4. https://www.youtube.com/watch?v=gWygmQ1Ercc, last access on 22nd June 2026.
5. https://www.motorauthority.com/news/1142310_stellantis-hands-free-active-driving-assist-system-launched, last access on 22nd June 2026.
6. https://www.jeep.com/jeep-101/about-active-driving-assist.html, last access on 22nd June 2026.